

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

EDITH ROMAN, § 

§ No. 08-13-00066-CR

Appellant, §

§ Appeal from the

v. §

§ Municipal Court of Appeals

THE STATE OF TEXAS, §

§ of El Paso, Texas

Appellee. §

§ (TC# 12-MCA-3603A)

§

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF MARCH, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.